UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL CLINGER,<br><br>              Plaintiff,<br><br>v.<br><br>SPOKANE COUNTY, OZZIE KNEZOVICH, and WAYNE GREEN,<br><br>              Defendants. | NO: 12-CV-00051-TOR<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice and Without Costs (EFC No. 6). The motion was heard without oral argument.

The parties stipulate that the above-captioned matter be dismissed with prejudice and without costs to either party.

Accordingly, **IT IS HEREBY ORDERED**:

The parties' Stipulated Motion to Dismiss with Prejudice and Without Costs (ECF No. 6) is **GRANTED** without costs to either party.

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 1

1  The District Court Executive is directed to enter this Order, provide copies
2  to counsel, and close the file.
3  **DATED** this 3rd day of April, 2012.

     *s/ Thomas O. Rice*

     THOMAS O. RICE
     United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 2